UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | 3:12-md-02385-DRH<br><br>MDL No. 2385 |

**This Document Relates To:**

*Gloria Butcher v. Boehringer Ingelheim Pharmaceuticals Inc., et al*     No. 13-cv-51184-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on December 12, 2014, the above-captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT


BY:  /s/*Cheryl A. Ritter*
**Deputy Clerk**

**Dated:**  December 15, 2014

Digitally signed by David R. Herndon
Date: 2014.12.15 10:50:14 -06'00'

**APPROVED:**
U.S. DISTRICT JUDGE
U. S. DISTRICT COURT